**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE (NORTHERN) DIVISION**

| | | |
|---|---|---|
| ANTHONY BROWN, and | ) | |
| BONITA BROWN, Individually and on | ) | |
| behalf of a Class of Persons similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | CIVIL NO. JKB-11-CV-667 |
| ALLIED HOME MORTGAGE CAPITAL | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT ALLIED HOME MORTGAGE CAPITAL CORPORATION'S**
**STATEMENT IN RESPONSE TO STANDING ORDER CONCERNING REMOVAL**

On March 14, 2011, the United States District Court for the District of Maryland issued a Standing Order Concerning Removal in the above-noted case.  In accordance with the provisions of that Order, Defendant Allied Home Mortgage Capital Corporation ("Allied" or "Defendant"), by and through the undersigned counsel, provides this Statement in Response to Standing Order Concerning Removal, and states as follows:

1.     The Writ of Summons and Complaint were served upon Defendant on February 9, 2011.

2.     Defendant's removal of the above-noted case to this Court is predicated upon diversity jurisdiction.  Defendant is not a citizen of Maryland.  Defendant is a corporation organized under the laws of the state of Texas and maintains its headquarters and principal place of business in Texas.  Accordingly, Defendant is a citizen of Texas for purposes of diversity jurisdiction.

3.     Defendant has timely removed the above-noted case within 30 days of service, pursuant to 28 U.S.C. § 1446(b).

4.      Plaintiffs Anthony and Bonita Brown filed their Complaint in the above-noted case in the Circuit Court for Baltimore County on February 1, 2011.  Defendant removed the above-noted case to this Court on March 9, 2011.  Therefore, the present action was commenced less than one year before the date of removal.

5.      No defendant was served in the state court action prior to the time of removal who did not formally join in the notice of removal.

Dated: March 25, 2011                   Respectfully submitted,

_____
T. Sky Woodward (Bar No. 10823)
Womble Carlyle Sandridge & Rice, PLLC
250 W. Pratt Street, Suite 1300
Baltimore, Maryland 21201
(410) 545-5800
(410) 545-5801 (facsimile)
swoodward@wcsr.com

R. Wayne Bond (*Admitted Pro Hac Vice*)
G. William Long, III (*Admitted Pro Hac Vice*)
John G. Perry (*Admitted Pro Hac Vice*)
Womble Carlyle Sandridge & Rice, PLLC
271 17th Street, NW, Suite 2400
Atlanta, Georgia  30363
(404) 872-7000
(404) 870-4834 (facsimile)

*Attorneys for Defendant*
*Allied Home Mortgage Capital Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March, 2011, I filed the Defendant Allied Home Mortgage Capital Corporation's *Statement in Response to Standing Order Concerning Removal* with the Clerk of the U.S. Court for the District of Maryland by CM/ECF electronic filing system, which automatically provides a copy to:

Richard S. Gordon, Esquire
Benjamin H. Carney, Esquire
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Ave., Suite 402
Towson, Maryland 21204
*Counsel for Plaintiffs*

Nevett Steele, Jr., Esquire
Law Office of Nevett Steele, Jr.
102 W. Pennsylvania Ave., Suite 402
Towson, Maryland 21204
*Counsel for Plaintiffs*

T. Sky Woodward (Bar No. 10823)