# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARLAND
### (Northern Division)

| | |
|---|---|
| ANTHONY BROWN, and BONITA BROWN, Individually and on behalf of a Class of Persons similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALLIED HOME MORTGAGE CAPITAL CORPORATION, <br><br> *Defendant*. | * <br> * <br> * Case No. 1:11-cv-00667-JKB <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE OF KATHERINE B. BORNSTEIN ON BEHALF OF PLAINTIFFS

Plaintiffs move to withdraw the appearance of Katherine B. Bornstein as counsel of record for Plaintiffs in the above-captioned matter. In support of this motion, Plaintiffs state as follows:

1. Ms. Bornstein entered her appearance on behalf of Plaintiffs while she was an associate as Gordon & Wolf, Chtd.

2. Ms. Bornstein is no longer an employee of Gordon & Wolf, Chtd.

3. Plaintiffs will continue to be represented in this matter by other attorneys at Gordon & Wolf, Chtd., who are counsel of record.

4. A proposed order is submitted herewith.

Dated: May 22, 2012

Respectfully submitted,

/s/Katherine B. Bornstein
4069 Fragile Sail Way
Ellicott City, Maryland 21042
katherinebornstein@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that on May ___ 2012, I caused the foregoing Motion to Withdraw Appearance of Katherine B. Bornstein on Behalf of Plaintiffs to be filed with the Clerk of the Court via the CM/ECF system, which will deliver notification of filing to all counsel of record.

/s/Katherine B. Bornstein

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| ANTHONY BROWN, and BONITA BROWN, Individually and on behalf of a Class of Persons similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALLIED HOME MORTGAGE CAPITAL CORPORATION,<br><br>*Defendant*. | *<br><br>*<br>Case No. 1:11-cv-00667-JKB<br>*<br><br>*<br><br>*<br><br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Having considered the Motion to Withdraw Appearance of Katherine B. Bornstein on Behalf of Plaintiffs, it is hereby ORDERED that said Motion be and hereby is GRANTED and Katherine B. Bornstein is hereby removed as counsel of record for Plaintiffs Anthony Brown, Bonita Brown and Timothy Washington.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE